**Order entered March 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00037-CV

## IN THE INTEREST OF J.D.B., A CHILD

### On Appeal from the 304th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 12-771-W

## ORDER

This is an accelerated appeal from a judgment terminating appellants' parental rights. The reporter's record was due January 19, 2014. We have twice extended the deadline, granting the substitute court reporter an additional forty days to file the record. The record still, however, remains unfiled. Accordingly, we **ORDER** substitute court reporter Kelly Simmons to **file the record no later than March 12, 2014.** *Failure to file the record by the deadline may result in the Court utilizing any means available under the law to obtain the record, which may include ordering Ms. Simmons to show cause why she should not be held in contempt for failure to comply with this Court's orders.*

We **DIRECT** the Clerk of the Court to send a copy of this order to (1) Ms. Simmons; (2) Kelly L. Pelletier, Official Court Reporter of the 304th Judicial District Court; (3) the Honorable William A. Mazur, Jr., Presiding Judge of the 304th Judicial District Court; and (4) all parties.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE